## CODDINGTON *vs.* COMSTOCK & MCINTYRE.

A defendant in a creditor's suit, who has not entered his appearance, is not entitled to double the usual time of service of papers, where they are served upon him through the post office as authorized by the 191st rule.

THE notice to the defendants in a creditor's suit had been served upon them by putting the same into the mail directed to them at their place of residence, according to the provisions of the 191st rule, as amended in the revision of 1844. And the question was, whether the defendants were entitled to double the usual time allowed upon a personal service.

The CHANCELLOR decided that the defendants who had not appeared in the cause, were only entitled to the usual time, upon a service through the post office under the provisions of the 191st rule. He said the 14th and 15th rules, which required double the usual time, where the service was upon an agent or by putting into the post office, only applied to services upon solicitors who had appeared in the cause. But that those rules were not applicable to services upon parties who had not entered their appearance.